UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>JASON MARC MORGANSTERN,<br><br>Defendant. | Case No. CR19-28RSL<br><br>ORDER DENYING MOTION TO MODIFY SUPERVISED RELEASE CONDITIONS |

This matter comes before the Court on defendant's "Motion to Modify Supervised Release Conditions." Dkt. #7.[1]  Having reviewed defendant's motion, the government's response, and the record contained herein, the Court finds as follows:

While the Court commends defendant for his success throughout his first year of supervision, it acknowledges that his requested modifications may endanger that success. Accordingly, at this time, defendant's motion to modify supervised release conditions (Dkt. #7) is DENIED.  The Court leaves open the possibility of revisiting defendant's computer use restrictions in the future.

IT IS SO ORDERED.

//

//

---

[1] The Court finds compelling reasons justify sealing defendant's motion. Accordingly, defendant's "Motion to Seal Defendant's Motion to Modify Supervised Release Conditions" (see Dkts. #6, #9) is GRANTED.

ORDER DENYING MOTION TO MODIFY SUPERVISED RELEASE CONDITIONS - 1

1   DATED this 16th day of June, 2020.

2

3   *Robert S. Lasnik* (signature)

4   Robert S. Lasnik
    United States District Judge

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

ORDER DENYING MOTION TO MODIFY SUPERVISED RELEASE CONDITIONS - 2