The Honorable Richard A. Jones

UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>JASON MARC MORGENSTERN,<br><br>Defendant. | NO. 2:19-cr-00028-RAJ<br><br>ORDER GRANTING MOTION TO SEAL |

THIS MATTER comes before the Court upon Defendant Jason Marc Morganstern's Motion to Seal his Motion for Early Termination of Supervised Release and Exhibits Thereto. Dkt. 22. Having considered the Motion to Seal, and because of the nature of the information contained therein, the Court finds good cause to GRANT the Motion to Seal.

It is hereby ORDERED that Defendant's Motion for Early Termination of Supervised Release and the exhibits thereto shall remain sealed.

DATED this 22nd day of May, 2025.

*Richard A. Jones*
The Honorable Richard A. Jones
United States District Judge

ORDER GRANTING MOTION TO SEAL – 1