Hon. Richard A. Jones

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>JASON MARC MORGANSTERN,<br><br>Defendant. | No. 2:19-cr-00028-RAJ<br><br>ORDER DENYING DEFENDANT'S MOTION FOR EARLY TERMINATION OF SUPERVISED RELEASE |

THIS MATTER comes before the Court on Defendant Jason Marc Morgenstern's Motion for Early Termination of Supervised Release. Dkt. 23. The government opposes the motion. Dkt. 24. The defendant requested oral argument, but the Court does not find it necessary. For the reasons set forth below, the Court **DENIES** the defendant's motion.

The procedural history of this matter has been fully addressed in the defendant's motion and the Court finds it unnecessary to repeat it again. The defendant has articulated a compelling reason to grant early termination of his supervised release. It is undisputed that the defendant has performed admirably while on supervision. He has undertaken the challenge of learning the restaurant business to the extent he now employs 25 people and has demonstrated his commitment to giving back to his community through his business operations.

The defendant's primary reason for his request is his ultimate desire to be a full owner in his part-owned restaurant. In order to accomplish this, he needs to obtain a liquor license. His current term of supervised release serves as a barrier to his goal. He contends this barrier is an "undue hardship."

ORDER - 1

The defendant has four years remaining on his term of supervised release. While he has made remarkable strides in his personal development and growth, his actions are essentially what are expected of an individual under court supervision.

Considering his history and characteristics, the Court concludes it is premature for his supervision to be terminated at this stage. While his last noncompliance with the conditions of supervision was December 22, 2023, he continued to have repeat violations for drugs and alcohol for a number of years. He has served only six years of his term of supervised release. For early termination to occur, the Court needs to see a bit more of a track record of compliance. That said, the Court agrees with the United States Probation Office that if the defendant demonstrates another 12 months of compliance without issue, early termination may be warranted.

For these reasons, the Court **DENIES** the defendant's motion.

DATED this 22nd day of May, 2025.

*[signature: Richard A. Jones]*

The Honorable Richard A. Jones
United States District Judge

ORDER - 2